■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL THURSTON, Appellant. [642 NYS2d 824] —Order unanimously affirmed (*see, People v Shapiro,* 3 NY2d 203). (Appeal from Order of Cayuga County Court, Contiguglia, J.—CPL art 440.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ In the Matter of ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of COLLEEN MAHONEY, Respondent, v THOMAS E. MAHONEY, Appellant. [642 NYS2d 844] —Order unanimously affirmed without costs (*see, Matter of Drago v Drago,* 138 AD2d 704, 707). (Appeal from Order of Ontario County Family Court, Harvey, J.—Child Support.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ MANUFACTURERS AND TRADERS TRUST Co., Respondent-Appellant, v LAUER'S FURNITURE ACQUISITION, INC., et al., Defendants, and PITTSFORD FURNITURE, INC., et al., Appellants-Respondents. (Appeal No. 1.) [642 NYS2d 850] —Appeal unanimously dismissed and order affirmed without costs. Same Memorandum as in *Manufacturers & Traders Trust Co. v Lauer's Furniture Acquisition* ([appeal No. 2] 226 AD2d 1056 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Ark, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon and Callahan, JJ.